UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL L. OVERTON, C47370,<br>Plaintiff. | Case No. 19-cv-07158-CRB (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 3) |

On October 30, 2019, the clerk filed as a new prisoner action a letter from plaintiff complaining of various irregularities in connection with a civil case settlement, among other things. On that same date, the court notified plaintiff in writing that the action was deficient because he did not pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of this action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk is instructed to terminate all pending motions (see, e.g., ECF No. 3) as moot and close the file.

**IT IS SO ORDERED.**

Dated: 12/17/2019

CHARLES R. BREYER
United States District Judge